UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARAMJIT SINGH BASRA,<br><br>                  Petitioner,<br><br>  v.<br><br>STEPHEN SINCLAIR,<br><br>                  Respondent. | CASE NO. C18-186 TSZ-BAT<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER** |

The **GRANTS** respondent's motion to extend time to file an answer (Dkt. 7) and **ORDERS** the answer is due May 2, 2018.

DATED this 6th day of April, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND
TIME TO ANSWER - 1