18-18UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARAMJIT SINGH BASRA,

                Petitioner,

v.

STEPHEN SINCLAIR,

                Respondent.

CASE NO. C18-186 TSZ-BAT

**ORDER DIRECTING BRIEFING ON RESPONDENT'S ANSWER AND PETITIONER'S MOTION TO STAY AND ABEY AND RENOTING ANSWER AND MOTION**

In respondent's answer, he asked that petitioner's 28 U.S.C § 2254 habeas petition be dismissed with prejudice because (1) two of petitioner's four claims are unexhausted and are now procedurally barred; and (2) all four of the claims are meritless. Dkt. 10. Petitioner did not respond to the answer, instead moving to stay and abey proceedings so that he may exhaust claims raised in a state personal restraint petition currently pending before the Washington Court of Appeals (cause number 78282-7-I).[1] Dkt. 15. It does not appear, however, that the claims he raises in cause number 78287-7-I are the same claims he has raised in the current federal habeas petition and he has not sought leave to amend his habeas petition. Moreover, petitioner has not

---

[1] Appellant's brief in cause number 78282-7-I is apparently due on October 31, 2018. *See* dw.courts.wa.gov (last accessed July 3, 2018).

responded substantively to respondent's answer. Similarly, respondent has not responded substantively to petitioner's motion to stay and abey.

The Court **ORDERS** (**1**) petitioner to respond to respondent's answer by **July 31, 2018**; (**2**) respondent to reply to the answer and respond to the motion to stay and abey by **August 14, 2018**; and (**3**) petitioner to surreply to the answer and reply to the motion to stay and abey by **August 28, 2018**. The parties are expected to file a single brief, not to exceed 24 pages in length, for each of the above deadlines. The Clerk is **DIRECTED** to renote both the answer, Dkt. 10, and the motion to stay and abey, Dkt. 15, for consideration on **August 28, 2018**.

DATED this 3rd day of July, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge