UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARAMIT SINGH BASRA,

           Petitioner,

v.

STEPHEN SINCLAIR,

           Respondent.

Case No. C18-186 TSZ-BAT

**ORDER GRANTING STAY AND ABEYANCE**

The Court, having reviewed petitioner's 28 U.S.C. § 2254 habeas petition, respondent's answer, petitioner's motion for a stay and abeyance, respondent's opposition to that motion, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. **Ground 1** (double jeopardy) is voluntarily dismissed as unexhausted and procedurally barred;

3. Petitioner's 28 U.S.C. § 2254 habeas petition is **STAYED** and held in **ABEYANCE** so that petitioner may exhaust **Ground 2** (involuntary statements to police) in state court;

4. Respondent shall file a status report every **six (6) months** from the date of this Order;

ORDER GRANTING STAY AND ABEYANCE- 1

5. Petitioner shall inform the Court in writing within **thirty (30) days** of the resolution of Cause Number 18282-7-I, as well as within **thirty (30) days** of the resolution of this case by the Washington Supreme Court should petitioner seek discretionary review;

6. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida; and

7. This case remains referred to Judge Tsuchida.

DATED this 13th day of November, 2018.

Thomas S. Zilly
United States District Judge

ORDER GRANTING STAY AND ABEYANCE- 2