UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARAMJIT SINGH BASRA,<br><br>                 Petitioner,<br><br>   v.<br><br>STEPHEN SINCLAIR,<br><br>                 Respondent. | CASE NO. C18-186 TSZ-BAT<br><br>**ORDER DIRECTING RESPONDENT TO FILE A STATUS REPORT BY NOVEMBER 20, 2019** |

      The Court ordered respondent to file a status report every six (6) months. Dkt. 23. A status report is thus past due. *See* Dkt. 24. The Court **DIRECTS** respondent to file a status report by **November 20, 2019**.

      DATED this 13th day of November, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DIRECTING RESPONDENT TO
FILE A STATUS REPORT BY NOVEMBER
20, 2019 - 1