UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| PARAMJIT SINGH BASRA, | |
|---|---|
| Petitioner, | CASE NO. C18-186 TSZ-BAT |
| v. | **ORDER ON STATUS REPORTS AND DENYING APPOINTMENT OF COUNSEL TO SEEK DISCRETIONARY REVIEW OF STATE PROCEEDINGS** |
| STEPHEN SINCLAIR, | |
| Respondent. | |

Petitioner has informed the Court that he plains on petitioning for certiorari before the United States Supreme Court with respect to his third collateral attack on his state-court conviction. Dkt. 27. His federal habeas will therefore remain stayed and be held in abeyance until his petition for certiorari has either been resolved or abandoned. The Court **DIRECTS petitioner** to inform the Court within 30 days of when his petition for certiorari is resolved by the United States Supreme Court, or to inform the Court within 30 days of his decision to abandon petitioning for certiorari. The Court **DIRECTS respondent** to continue filing status reports every 6 months; thus, respondent's next status report remains due in May 2020.

Petitioner has also moved the Court either to appoint counsel to assist in filing his petition for certiorari with respect to his third, state collateral attack on his conviction, or to

direct his previous state-appointed counsel to file the petition for certiorari on his behalf. Dkt. 27, at 3. The Court **DENIES** petitioner's motion to appoint counsel to pursue review of state proceedings or to order previously appointed counsel to file such a petition on his behalf. The Court will exercise its authority and its discretion only over the federal habeas petition. The federal habeas case is currently stayed and being held in abeyance so petitioner may pursue resolution of his state collateral attack. The Court will not interfere with or advise petitioner's litigation practices with respect to those state proceedings aside from noting that there is no federal right to have counsel appointed to seek discretionary review of state-court, collateral proceedings.

DATED this 6th day of February, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge