UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARAMJIT SINGH BASRA,<br><br>            Petitioner,<br><br>v.<br><br>STEPHEN SINCLAIR,<br><br>            Respondent. | CASE NO. C18-186-TSZ-BAT<br><br>**ORDER TO SHOW CAUSE** |

This case has been stayed and held in abeyance so that petitioner could return to state court to exhaust a ground for relief. Dkts. 22, 23. In February 2020, petitioner informed the Court that state proceedings had concluded with the Washington State Supreme Court's denial of a petition for review but that he intended on petitioning for a writ of certiorari before the United States Supreme Court. Dkt. 27. The Court therefore ordered petitioner to inform the Court within 30 days of when his certiorari petition had either been resolved or abandoned. Dkt. 28.

In his required status report, respondent stated that petitioner's deadline for filing a certiorari petition before the Supreme Court passed in April 2020 without record of such a petition having ever been filed. Dkt. 29. Respondent therefore requests that the current stay on the case be lifted. Dkt. 29 at 3.

The Court **ORDERS** petitioner to show cause why the stay should not be lifted by **May**

ORDER TO SHOW CAUSE - 1

**28, 2020**. If petitioner does not respond, the Court will presume that respondent's request to lift the stay is unopposed and will grant it so the case may proceed to consideration of the merits.

DATED this 13th day of May, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge