UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARAMJIT SINGH BASRA,<br><br>                Petitioner,<br><br>    v.<br><br>STEPHEN SINCLAIR,<br><br>                Respondent. | CASE NO. C18-186-TSZ<br><br>**ORDER LIFTING STAY AND SETTING FORTH BRIEFING SCHEDULE** |

Respondent requested that the order staying and holding this case in abeyance be lifted because petitioner had fully exhausted Ground 2 of his original habeas petition in state court and the deadline had long passed by which he could petition for a writ of certiorari before the United States Supreme Court. Dkt. 29. The Court ordered petitioner to show cause why the stay should not be lifted and noted that in the absence of a response the Court would presume that respondent's request was unopposed. Dkt. 30. Petitioner has not responded.

Because the reason for the stay no longer exists, the Court **LIFTS** the order staying and holding this case in abeyance so the matter may proceed to a consideration of the merits. Dkts. 22, 23. The Court sets forth the following briefing schedule:

- Respondent should file a supplemental answer addressing the remaining, fully exhausted habeas grounds (Grounds 2, 3, and 4 in the original petition) and a

ORDER LIFTING STAY AND SETTING
FORTH BRIEFING SCHEDULE - 1

supplemental relevant state court record by **July 9, 2020**;

- Petitioner should file a response to the answer by **August 3, 2020**;

- Respondent should file an optional reply brief by **August 7, 2020**;

- The Clerk should note the habeas petition for consideration on **August 7, 2020**.

DATED this 29th day of May, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER LIFTING STAY AND SETTING
FORTH BRIEFING SCHEDULE - 2