UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARAMJIT SINGH BASRA,<br><br>                Petitioner,<br><br>   v.<br><br>STEPHEN SINCLAIR,<br><br>                Respondent. | CASE NO. C18-186-TSZ<br><br>**ORDER STRIKING ORDER LIFTING STAY (DKT. 31)** |

Although petitioner filed a timely response to the order to show cause on May 26, 2020, the Clerk did not file the response until May 29, 2020, nearly an hour after the Court had already filed an order lifting the stay. *See* Dkts. 31, 32. Petitioner notes that he intends to file a petition for a writ of certiorari based on the COVID-19 extended deadline set forth by the United States Supreme Court for petitions due on or after March 19, 2020. *See* Order, 589 U.S. __ (Mar. 19, 2020), *found at* https://www.supremecourt.gov/orders/courtorders/031920zr_d1o3.pdf. Respondent has stated that petitioner's deadline was originally in April 2020, so this extension of time to file a certiorari petition applies to him. *See* Dkt. 29.

The Court therefore **STRIKES** the prematurely issued order lifting the stay and setting forth a briefing schedule. Dkt. 31. This matter remains **STAYED** and held in abeyance. The Court's prior orders regarding status reports remain intact: respondent shall file a status report

ORDER STRIKING ORDER LIFTING STAY
(DKT. 31) - 1

every six (6) months from the date of this Order; petitioner shall inform the Court within 30 days of when his petition for certiorari is resolved by the United States Supreme Court, or inform the Court within thirty (30) days of his decision to abandon petitioning for certiorari. Dkts. 23, 28.

DATED this 1st day of June, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge