1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   PARAMJIT SINGH BASRA,

9                          Petitioner,                          CASE NO. C18-186-TSZ-BAT

10        v.                                          **ORDER LIFTING STAY AND
                                                      SETTING FORTH BRIEFING
11   STEPHEN SINCLAIR,                                SCHEDULE**

12                          Respondent.

13          Respondent has requested that the order staying and holding this case in abeyance be

14   lifted because petitioner has fully exhausted Ground 2 of his original habeas petition by having

15   that claim adjudicated by the state courts and having his petition for certiorari denied by the

16   United States Supreme Court. Dkt. 34; *see Basra v. Washington*, __ U.S. __, 2020 WL 5882949

17   (Oct. 5, 2020). Because the reason for the stay no longer exists, the Court **LIFTS** the order

18   staying and holding this case in abeyance so the matter may proceed to a consideration of the

19   merits. Dkts. 22, 23. The Court sets forth the following briefing schedule:

20          • Respondent should file a supplemental answer addressing the remaining, fully

21             exhausted habeas grounds (Grounds 2, 3, and 4 in the original petition) and a

22             supplemental relevant state court record by **December 16, 2020**;

23          • Petitioner should file a response to the answer by **January 11, 2021**;

ORDER LIFTING STAY AND SETTING
FORTH BRIEFING SCHEDULE - 1

1          • Respondent should file an optional reply brief by **January 15, 2021**;

2          • The Clerk should note the habeas petition for consideration on **January 15, 2021**.

3      DATED this 4th day of November, 2020.

4

5      _____

       BRIAN A. TSUCHIDA

6      Chief United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER LIFTING STAY AND SETTING
FORTH BRIEFING SCHEDULE - 2