UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARAMJIT SINGH BASRA,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>STEPHEN SINCLAIR,<br><br>　　　　　　　Respondent. | CASE NO. C18-186-TSZ-BAT<br><br>**ORDER DIRECTING CLERK TO SEND SUPPLEMENTAL ANSWER AND RESETTING BRIEFING SCHEDULE** |

On December 18, 2020, respondent provided notice that petitioner refused to accept the supplemental answer and the notification of filing the supplemental record.[1] Dkt. 38 (referring to Dkts. 36, 37). On January 12, 2021, petitioner signed a sworn declaration in which he stated that he had not received the supplemental answer and therefore was unable to prepare a response.

The Court **DIRECTS** the Clerk to send a copy of the supplemental answer, **Dkt. 36**, to petitioner. The Court resets the briefing schedule as follows:

- Petitioner should file a response to the answer by **February 12, 2021**;
- Respondent should file an optional reply brief by **February 26, 2021**;
- The habeas petition should be noted for consideration on **February 26, 2021**.

---

[1] Respondent noted that only the notice of electronic filing of the supplemental record was to printed because a paper copy of the supplemental record would be served on petitioner. Dkt. 37.

ORDER DIRECTING CLERK TO SEND
SUPPLEMENTAL ANSWER AND
RESETTING BRIEFING SCHEDULE - 1

DATED this 12th day of January, 2021.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DIRECTING CLERK TO SEND
SUPPLEMENTAL ANSWER AND
RESETTING BRIEFING SCHEDULE - 2