1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARAMJIT SINGH BASRA,

                Petitioner,

     v.

STEPHEN SINCLAIR,

                Respondent.

C18-186 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Any response to Petitioner's Request to Withdraw Petition, docket no. 46, shall be filed by July 19, 2021. Any reply shall be filed by July 16, 2021.

(2)     The Clerk is directed to STRIKE the noting date on the Report and Recommendation, docket no. 45, and to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of July, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1