UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARAMJIT SINGH BASRA,

    Petitioner,

v.

STEPHEN SINCLAIR,

    Respondent.

C18-186 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The July 16, 2021 deadline for Petitioner Basra to file a reply, as set in the Court's July 9, 2021 Minute Order, docket no. 48, is STRICKEN. Any reply to the Government's Response, docket no. 47, shall be filed by July 23, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of July, 2021.

                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

MINUTE ORDER - 1