1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

PARAMJIT SINGH BASRA,

8

Petitioner,

9

v.

10

STEPHEN SINCLAIR,

11

Respondent.

C18-186 TSZ

MINUTE ORDER

12
13

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

14
15

(1)     Petitioner's Request to Withdraw Petition (without prejudice), docket no. 46, is DENIED.  Because the Report & Recommendation has already been issued, the Court exercises its discretion to deny Petitioner's request.  See Fed. R. Civ. Pro. 41(a)(2); Terrovona v. Kincheloe, 852 F.2d 424, 429 (9th Cir. 1988).

16
17

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

18

Dated this 30th day of July, 2021.

19

Ravi Subramanian
Clerk

20
21

s/Gail Glass
Deputy Clerk

22
23

MINUTE ORDER - 1