UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARAMJIT SINGH BASRA,

               Petitioner,

    v.

STEPHEN SINCLAIR,

              Respondent.

CASE NO. C18-186-TSZ

**ORDER OF DISMISSAL**

       Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, to which no objections were filed, and the remaining record, the Court finds and ORDERS:

       (1)    The Court ADOPTS the Report and Recommendation.

       (2)    Petitioner's 28 U.S.C. § 2254 habeas petition is DENIED and this matter is DISMISSED with prejudice.

       (3)    Petitioner's presumed motion to amend the petition to add an additional ground for relief is DENIED.

       (4)    Petitioner is DENIED issuance of a certificate of appealability.

       (5)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

       Dated this 4th day of August, 2021.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 1