UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARAMJIT SINGH BASRA,

               Petitioner,

    v.

STEPHEN SINCLAIR,

              Respondent.

C18-186 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Petitioner has filed a Motion for Order of Designation of Record on Appeal, docket no. 58. The Court previously denied issuance of a certificate of appealability, see Order (docket no. 52), and Petitioner has not made any showing that one has been given by the Ninth Circuit. Furthermore, Petitioner's motion cites to Federal Rule of Appellate Procedure 10(b), which concerns transcripts of proceedings. Here, the Court did not hold any proceedings for which there is a transcript. Accordingly, Petitioner's Motion is STRICKEN as moot. The Court further notes that while an appellant must typically submit an Excerpts of Record when appealing to the Ninth Circuit, this is not required for a pro se party. See Ninth Cir. Rs. 30(a) & 30-1.3.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 21st day of April, 2022.

                            Ravi Subramanian
                            Clerk

                            s/Gail Glass
                            Deputy Clerk

MINUTE ORDER - 1